FOURTH DEPARTMENT, AUGUST, 2017

(August 23, 2017)

■ DAVID LOBDELL, Respondent, v CHARLOTTE A. CAHILL, Appellant. [57 NYS3d 916]—Appeal from an order of the Supreme Court, Onondaga County (James P. Murphy, J.), entered May 18, 2016. The order, among other things, denied defendant's motion for summary judgment.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on July 15 and 18, 2017, and filed in the Onondaga County Clerk's Office on July 19, 2017,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Peradotto, Curran, Troutman and Scudder, JJ.